UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDY MOHAMED,<br><br>                    Plaintiff,<br><br>           v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORP.,<br><br>                  Defendant. | 23 Civ. 10195 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On January 24, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for January 31, 2024.  *See* Dkt. No. 6.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: January 25, 2024
      New York, New York

                                                  DALE E. HO
                                     United States District Judge