UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ANDY MOHAMMED                                         :

            Plaintiff,                       :     <u>ORDER</u>

   -v.-                                                     :
                                                                   23 Civ. 10195 (DEH) (GWG)
NATIONAL RAILROAD PASSENGER CORP.    :

           Defendant.                    :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     The time of the settlement conference scheduled for November 12, 2024, is changed to 10:00 a.m. The provisions of Docket # 22 otherwise remain in effect. Thus, submissions remain due on November 4, 2024.

     <u>Upon receipt of this order, each counsel is directed to confirm with all other counsel that each party to this proceeding has received a copy of this order and is aware of the new time</u>.

     SO ORDERED.

Dated: October 23, 2024
       New York, New York

                                                             _____
                                                             GABRIEL W. GORENSTEIN
                                                             United States Magistrate Judge